Charles HERVEY, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. ED 102513

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: March 15, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied April 26, 2016

Application for Transfer Denied June 28, 2016

Andrew E. Zleit, 1010 Market Street, Suite 1100, St. Louis, MO 63101, For Movant/Appellant.

Evan J. Buchheim, P.O. Box 899, Jefferson City, MO 65102, For Respondent/Respondent.

1. Mo. R. Crim. P. 2013.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Lisa P. Page, J.

*ORDER*

PER CURIAM

Charles Hervey appeals from the motion court's judgment denying his Rule 24.035[1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(k); *Brooks v. State*, 242 S.W.3d 705, 708 (Mo.banc 2008). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).